IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | Catharine Jurist Hamilton | : | Chapter 13 |
| | aka Catharine J. Hamilton | : | Case No. 5:23-bk-02157 |
| | aka Catharine Hamilton | : | |
| | aka Catharine Jurist | : | |
| | Debtor. | : | |
| | | : | |
| Catharine Jurist Hamilton | | : | |
| | Movant, | : | Motion to |
| | vs. | : | Extend Automatic Stay |
| First Keystone Community Bank, Pike County Tax | | : | |
| Claim Bureau and all parties listed on the mailing | | : | |
| matrix filed with the Clerk, | | : | |
| | | : | |
| | Respondents. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the **September 20, 2023**, I caused to be served by first class mail, postage prepaid, true and correct copies of the foregoing **Motion to Extend Stay** in the above referenced case on creditors listed on the attached mailing matrix, excluding the Office of the US Trustee and the Trustee, who were served through CM/ECF system.

NEWMAN, WILLIAMS, P.C.

By: /s/ ROBERT KIDWELL, Esquire
Attorney for Debtor